**CIRCUIT MEDIATION OFFICE**
**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**

BYRON WHITE UNITED STATES COURTHOUSE
1823 STOUT STREET
DENVER, COLORADO 80257

**DAVID W. AEMMER**
CHIEF CIRCUIT MEDIATOR

**KEVIN J. KINNEAR**
CIRCUIT MEDIATOR

TELEPHONE 303-844-6017
FACSIMILE 303-844-6437

April 17, 2025

Samantha K. Harris, Esq.
Allen Harris PLLC
P.O. Box 673
Narberth, PA 19072

Cody R. Rogers, Esq.
Serpe Andrews, PLLC
2540 El Paseo Road, Suite D
Las Cruces, NM 88001

RE: No. 25-2033 – Gary Roemer v. Board of Regents of New Mexico State University, et al.

Dear Counsel:

     Pursuant to Rule 33.1, Rules of the Tenth Circuit, the deadline for filing the appellant's brief and the appendix is extended to **June 2, 2025**.

Sincerely,

David W. Aemmer

DWA:dm