**CIRCUIT MEDIATION OFFICE**
# UNITED STATES COURT OF APPEALS
**FOR THE TENTH CIRCUIT**

BYRON WHITE UNITED STATES COURTHOUSE
1823 STOUT STREET
DENVER, COLORADO 80257

**DAVID W. AEMMER**
CHIEF CIRCUIT MEDIATOR

**KEVIN J. KINNEAR**
CIRCUIT MEDIATOR

TELEPHONE 303-844-6017
FACSIMILE 303-844-6437

June 12, 2025

Samantha K. Harris, Esq.
Allen Harris PLLC
P.O. Box 673
Narberth, PA  19072

Cody R. Rogers, Esq.
Jennifer M. Meyer, Esq.
Serpe Andrews, PLLC
2540 El Paseo Road, Suite D
Las Cruces, NM  88001

RE:  No. 25-2033 – Gary Roemer v. Board of Regents of New Mexico State University, et al.

Dear Counsel:

Pursuant to Rule 33.1, Rules of the Tenth Circuit, the deadline for filing the appellant's brief and the appendix is extended to **July 23, 2025**.

Sincerely,

David W. Aemmer

DWA:dm