UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

August 22, 2025

Samantha K. Harris
Allen Harris
P.O. Box 673
Narberth, PA 19072

Nicholas Thomas Hart
Harrison & Hart
924 Park Avenue SW, Suite E
Albuquerque, NM 87102

> **RE:** 25-2033, Roemer v. Board of Regents of New Mexico State University, et al
> Dist/Ag docket: 2:22-CV-00524-JB-SCY

Dear Counsel:

The appendix received in the subject case does not comply with the form requirements of 10th Cir. R. 30.1(D) (note that all form requirements also apply to supplemental appendices). Specifically:

- The appendix does not contain bookmarks. *See* 10th Cir. R. 25.3, 10th Cir. R. 30.1(D), and the 10th Circuit CM/ECF User's Manual at Section III G (page 19). Volume 1 does not contain any bookmarks.

The brief that was submitted with the appendix is acceptable for filing and will be filed upon receipt of the corrected appendix. However, if the corrections made to the appendix affect citations in the brief, a revised brief with corrected appendix citations will need to be submitted.

The time to file a response brief will run from the date of service of the appendix.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

CC: Counsel of record
CMW/jjh